# United States Court of Appeals for the Fifth Circuit

————————

No. 22-10852
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

February 7, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

EDGAR SOLORZANO FIERROS,

*Defendant—Appellant*.

—————————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CR-211-1

—————————————————————————

Before WIENER, ELROD, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Defendant-Appellant Edgar Solorzano Fierros has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Solorzano Fierros has filed a response.

————————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-10852

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Solorzano Fierros's response.

We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Counsel's motion for leave to withdraw is GRANTED, and counsel is excused from further responsibilities herein. The appeal is DISMISSED. *See* 5TH CIR. R. 42.2.